MARGOLIS EDELSTEIN

ATTORNEYS AT LAW
www.margolisedelstein.com

**Jeanine D. Clark, Esquire**
**Direct Dial: 856.727.6034**
jclark@margolisedelstein.com
Our File No.: 47450.1-00106

**SOUTH NEW JERSEY OFFICE:***
**100 Century Parkway, Suite 200**
**P.O. Box 5084**
**Mt. Laurel, NJ 08054**
**856-727-6000**
**Fax: 856-727-6010**

PHILADELPHIA OFFICE:*
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106-3337
215-922-1100

PITTSBURGH OFFICE:
535 Smithfield Street
Suite 1100
Pittsburgh, PA 15222
412-281-4256

SCRANTON OFFICE:*
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231

HARRISBURG OFFICE:*
214 Senate Avenue, Suite 402
Camp Hill, PA 17011
717-975-8114

WESTERN PA OFFICE:
971 Third Street, Suite 2
Beaver, PA 15009
724-774-6000

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814-695-5064

NORTH NEW JERSEY OFFICE:
15 Independence Boulevard
Suite 210
Warren, NJ 07059
908-790-1401

DELAWARE OFFICE:
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
302-888-1112

**Member of the Harmonie Group*

October 2, 2026

**Via ECF Only**
United States Court of Appeals for the Third Circuit
U.S. Courthouse 601 Market Street
Philadelphia, PA 19106

**Re: Randy Thompson v. Attorney General of New Jersey, et al.**
**Docket No.: 26-1441 Response to Appellant's Brief**
**ECF Docket Entry No.: 25**

Dear Justices:

The undersigned firm represents the interest of respondent John Perrone in connection with the above matter. I am now in receipt of *pro se* appellant Randy Thompson's *pro se* brief with appendix filed as Docket Entry No. 25. It is unclear whether said brief is intended to serve or will be designated by the court as the appellant's brief with appendix or whether a further submission will be made by the *pro se* appellant. In an abundance of caution in the event the court deems Docket Entry 25 as the *pro se*'s appellate brief with appendix, we did not wish the record to lack opposition to Mr. Thompson's initial notice of appeal.

Inasmuch as Mr. Thompson's brief submitted as Docket Entry 25 contains no substantive arguments as to the matters on appeal, and fails to attach an appendix, respondent John Perrone is unable to submit a more formal brief in compliance with the expectations of the Federal rules of appellate procedure and the local appellate rules. However, we are constrained to point out that in the *pro se* appellant's submission, he has failed to identify any basis to overturn the District Court's decision. Further, the *pro se* appellant has failed to provide counsel and the court with a copy of the transcript of the motion hearing from which he seeks relief.

If we have misunderstood the court's docket entry we apologize for this extraneous filing and await further direction. If the court's consideration of the *pro se*'s appeal is to be limited to his filing entered as Docket Entry No. 25, respondent John Perrone submits that the *pro se* appellant has failed to provide any basis for the relief requested and this Honorable Court should affirm the findings of the District Court below.

Respectfully submitted,

MARGOLIS EDELSTEIN
Attorneys for Respondent,
John Perrone

BY: Jeanine D. Clark

JDC:pm
cc: Patricia S. Dodszuweidt, Clerk
United States Court of Appeals for the Third Circuit
All Counsel of Record (via ECF filing only)
Randy C. Thompson, pro se (via E-Mail and certified mail)